UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ZHIDONG ZHANG, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 1:24-cv-519-CMH-WEF |
| ) | |
| ANTONIO DONIS and UR M. JADDOU, ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

U.S. Citizenship and Immigration Services ("USCIS") has adjudicated and approved Plaintiffs' Application for Asylum. Accordingly, the parties hereby stipulate and agree that the action be dismissed without prejudice, each party to bear its own costs, including any possible attorneys' fees or other expenses of this litigation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: October 30, 2024

Respectfully submitted,

JESSICA D. ABER
United States Attorney

/s/
ANNIGJE BUWALDA
9689-C Main Street
Fairfax, Virginia 22031
Tel: (703) 503-0791
Fax: (703) 503-0792
Email: annbuwalda@justlawintl.com

*Counsel for Plaintiffs*

/s/
ROBERT COOPER PICKREN
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3745
Fax:   (703) 299-3983
Email: cooper.pickren@usdoj.gov

*Counsel for Defendants*